IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VINCENT STARKEY, | : | |
|---|---|---|
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| KENNETH R. CAMERON, et al. | : | NO. 10-5891 |
| Respondent. | : | |

## ORDER

**AND NOW** this 25th day of April, 2011, upon consideration of Petitioner Vincent Starkey's ("Petitioner") First Objections and Second Objections (collectively, "Objections") to United States Magistrate Judge L. Felipe Restrepo's ("MJ") Report and Recommendation of December 23, 2010 ("R & R"), it is hereby **ORDERED** that:

(1) Petitioner's Objections are **DENIED**;

(2) We adopt the MJ's R & R; and

(3) Petitioner's Application for Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

BY THE COURT:

ROBERT F. KELLY
SENIOR JUDGE